THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS CANTASANO, Appellant.— Judgment of conviction of the County Court of Kings county and order denying defendant's application to withdraw his plea of guilty unanimously

---

* Amd. by Laws of 1924, chap. 100.— [REP.

affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IGNATIO SCALAFANI, Appellant.— Judgment of conviction of the County Court of Kings county and order denying defendant's application to withdraw his plea of guilty unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.